DISTRICT COURT OF CONNECTICUT: HARTFORD
-------------------------------------------------X
LPF FUNDING CORP.,

          Plaintiff,

-against-　　　　　　　　　　SATISFACTION OF JUDGMENT

GOLDMAN & GOLDMAN,
STEVEN F. GOLDMAN and
CARMEN GOLDMAN,
          Defendants.
-------------------------------------------------X

    WHEREAS, a judgment was entered in the above-entitled action on _____, in District Court of Connecticut: Hartford in favor of the plaintiff LPF FUNDING against GOLDMAN & GOLDMAN, STEVEN F. GOLDMAN AND CARMEN GOLDMAN, for the sum of $150,000.00, which judgment was docketed on _____, in the office of the Clerk of the District Court of Connecticut: Hartford, and said judgment has been full paid and the sum of $0.00 remains unpaid.

    AND it is certified that there are no outstanding executions with any Sheriff or Marshal within the State of New York,

    THEREFORE, the within satisfaction of said judgment is hereby acknowledged, and the said Clerks are hereby authorized and directed to make an entry of full satisfaction on the docket of said judgment.

Dated:  New York, New York
         June 30, 2004

                                      _____
                                      LPF FUNDING CORP.
                                      By: Edward Stone

STATE OF NEW YORK, COUNTY OF NEW YORK  SS.:

    On the 30th day of June, 2004, before me personally came, Edward S. Stone To me known and known to be the Plaintiff in the above entitled action, and to be the same personal described in and who executed the within satisfaction of judgment and acknowledged to me that she executed the same

                                     _____
                                     Notary Public, State of New York

                                 STACEY O'DESSA MATHIS
                           Notary Public, State of New York
                                  No. 01MA5036865
                               Qualified in Bronx County
                       Commission Expires December 12, 2006